IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DOUGLAS KEITH RICKERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 104-068 |
| | ) | |
| SERGEANT WOODS, SERGEANT FOSKEY, and NURSE GARY WARREN, | ) ) ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the request by Defendants Woods and Foskey are **GRANTED** in the amount of $1,664.42 and the request by Defendant Warren is **GRANTED** in the amount of $975.00. Absent a request from Plaintiff to the Court for arrangement of a payment plan, the sanctions are due within forty-five (45) days from the date of this Order.

SO ORDERED this 13th day of July, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

Shira Adler, Esq.
John Paul Batson, Esq.
James B. Ellington, Esq.
Michael D. Flint, Esq.
Thomas W. Tucker, Esq.

CASE NO: CV104-68

DATE SERVED: 07/13/05

SERVED BY: THB

☐ Copy placed in Minutes
☐ Copy given to Judge
☑ Copy given to Magistrate